By:     Daniel JT McKenna, ID No. 93930          Counsel for Defendant
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8321
Fax: (215) 864-8999
mckennad@ballardspahr.com

| | |
|---|---|
| CODY WOOD | |
| Plaintiffs, | COURT OF COMMON PLEAS OF SUSQUEHANNA COUNTY |
| v. | CIVIL ACTION NO: 19CV804CP |
| CAPITAL ONE BANK (USA), N.A., NATIONAL ASSOCIATION | |
| Defendant. | |

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

TO THE PROTHONOTARY:

PLEASE TAKE NOTICE that Defendant Capital One Bank (USA), N.A.

("Capital One") has removed this case to the United States District Court for the Middle District

of Pennsylvania.  Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further

unless and until the case is remanded."  A copy of the Notice of Removal filed in the United

States District Court is attached as <u>Exhibit 1</u>.

Respectfully Submitted,

Dated: October 2, 2019                    /s/ *Daniel JT McKenna*
                                          Daniel JT McKenna, ID No. 93930
                                          BALLARD SPAHR LLP
                                          1735 Market Street, 51st Floor
                                          Philadelphia, PA  19103-7599
                                          Telephone:  (215) 864-8321
                                          Facsimile:  (215) 864-8999
                                          mckennad@ballardspahr.com
                                          *Attorney for Defendant Capital One Bank (USA), N.A.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing Notice of Removal was served on this date, October 2, 2019, upon the following by e-mail:

Brett Freeman
SABATINI FREEMAN, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
brett@sabatinilawfirm.com
Attorneys for Plaintiff


/s/ *Daniel JT McKenna*
Daniel JT McKenna, Esq.