# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cody Wood,<br>    Plaintiff,<br><br>v.<br><br>Capital One Bank (USA)<br>National Association,<br>    Defendant. | Docket 3:19-cv-01716-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br>FILED ELECTRONICALLY |

## Status Report

The parties have reached the framework for a settlement in this matter, and they are negotiating the language of a settlement document. The parties anticipate that the settlement will be completed within ninety days.

*s/ Brett Freeman*
Brett Freeman
Bar Number PA 308834
Attorney for Plaintiff
SABATINI FREEMAN, LLC
216 N. Blakely St.
Dunmore, PA 18512
P: (570) 341-9000
F: (570) 504-2769
bfecf@sabatinilawfirm.com
