IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cody Wood,<br>    Plaintiff,<br><br>v.<br><br>Capital One Bank (USA) National Association,<br>    Defendant. | Docket 3:19-cv-01716-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman (with consent) | s/ Daniel JT McKenna (with consent) |
| Brett M. Freeman | Daniel JT McKenna |
| Bar Number PA 308834 | Bar Number PA 93930 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Freeman, LLC | Ballard Spahr LLP |
| 216 N. Blakely St. | 1735 Market Street, 51st FL |
| Dunmore, PA 18512 | Philadelphia, PA 19103 |
| Phone (570) 341-9000 | Phone (215) 864-8321 |
| Facsimile (570) 504-2769 | Facsimile (215) 864-8999 |
| Email bfecf@sabatinilawfirm.com | Email mckennad@ballardspahr.com |

## ORDER

So ordered.

Date: _____          _____
                                  Robert D. Mariani
                                  United States District Judge